BECK-BROWN REALTY CO., INC., Appellant, v. ANSACK CORPORATION, Respond-

ent.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to vacate judgments of foreclosure and sale denied, with ten dollars costs, upon the ground that defendant had the burden of showing that the person served was at the time of service no longer the president and a director of the defendant, and that the record fails to show that defendant sustained that burden. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.